

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00459-CR

Ex Parte Adam Wayne **INGRAM**,
Appellant

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015W0279
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The Appellant's first motion for extension of time to file his brief is GRANTED.
Appellant's brief is due on **September 21, 2015.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court